WILLIAM SAVAGE et al., Respondents, *v.* THE CITY OF
BUFFALO, Appellant.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October. 23, 1891, which affirmed a judgment in favor of
plaintiff entered upon an order of Special Term overruling a
demurrer to the complaint.

*George M. Brown* for appellant.

*Stephen Lockwood* for respondents.

Agree to affirm on opinion of DANIELS, J., at Special Term.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.

---

WILLIAM DUFFUS, Appellant, *v.* ELI T. BANGS et al.,
Respondents.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made July 7, 1891,
which reversed a judgment in favor of plaintiff, entered upon
a decision of the court on trial at Circuit, and granted a motion
to vacate an assessment of damages.

*Walter S. MacGregor* for appellant.

*T. K. Fuller* for respondents.

Appeal dismissed on argument.
All concur.